# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-2854
_____

BANKERS TRUST COMPANY OF
CALIFORNIA NA, on Behalf of the
Certificate-holders Vendee
Mortgage Trust 2001-1 United
States Veteran Affairs
Guaranteed Remic Passthrough
Certificates,

   Appellant,

   v.

DANIELLE H. MOSLEY f/k/a
Danielle S. Fails,

   Appellee.

_____

On appeal from the Circuit Court for Clay County.
Gary L. Wilkinson, Judge.

February 5, 2018


PER CURIAM.

   AFFIRMED. *See U.S. Bank Nat'l Ass'n v. Anthony-Irish*, 204 So. 3d 57 (Fla. 5th DCA 2016), *review granted*, No. SC16-2276, 2017 WL 4068924 (Fla. Sept. 14, 2017).

ROBERTS, ROWE, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Adam Matthew Topel of Liebler Gonzalez & Portuonda, Miami, for Appellant.

Lynn Drysdale and James A. Kowalski of Jacksonville Area Legal Aid, Inc., Jacksonville, for Appellee.